# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case: 1:24-cr-00450<br>Assigned to: Judge Moss, Randolph D.<br>Assign Date: 10/8/2024<br>Description: INDICTMENT (B)<br>Related Case Nos: 24-cr-413 (RDM) and 24-cr-365 (RDM) |
| v. | |
| **BOBBY SHUMAKE JAPHIA,** | **UNDER SEAL** |
| Defendant. | |

## ORDER

Upon consideration of the Government's Motion to Seal Indictment and Related Materials,

**IT IS ORDERED** that the Indictment and other pleadings, warrant, files, and records be sealed, and that entry on the public docket of the filings of the motion to seal and all related matters be delayed until the arrest or initial appearance of the defendant.

It is further **ORDERED** that, notwithstanding the above, the government may disclose the existence of the Indictment, warrant, as well as other records and files in this case as necessary to effectuate the defendant's arrest.

It is further **ORDERED** that the Indictment and all other pleadings, warrant, records, and files in this case be unsealed, and the case placed on the public docket, without further motion from the government upon the arrest or initial appearance of the defendant in this case.

1

It is further **ORDERED** that the government shall inform the Clerk of Court as soon as practicable when sealing is no longer necessary upon the defendant's arrest or initial appearance.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE