AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:24-cr-00450 |
| v. | ) Assigned to: Judge Moss, Randolph D. |
| BOBBY SHUMAKE JAPHIA, aka "Robert Samuel Shumake, Jr.," aka "Robert Japhia," aka "Shaman Bobby Shu" | ) Assign Date: 10/8/2024 |
| | ) Description: INDICTMENT (B) |
| | ) Related Case Nos: 24-cr-413 (RDM) and |
| Defendant | ) 24-cr-365 (RDM) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BOBBY SHUMAKE JAPHIA**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
15 U.S.C. §§ 78j(b) & 78ff; 17 C.F.R. § 240.10b5; 18 U.S.C. § 2
(Securities Fraud)

18 U.S.C. § 1512(c)(1)
(Obstruction)

Date: 10/08/2024

*Issuing officer's signature*

City and state: Washington, DC

Hon. Zia M. Faruqui
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/08/2024, and the person was arrested on *(date)* 10/08/2024
at *(city and state)* Southfield, MI

Date: 10/08/2024

Quintero, Bruce   Digitally signed by Quintero, Bruce
Date: 2024.10.08 22:51:41 -04'00'
*Arresting officer's signature*

Bruce A. Quintero, Senior Special Agent
*Printed name and title*