UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24-CR-450 (RDM)** |
| v. | : | |
| | : | |
| **BOBBY SHUMAKE JAPHIA,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the Chief of the Fraud Section, Criminal Division hereby informs the Court that Trial Attorney Aaron Henricks is entering his appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division

By:   */s/ Aaron Henricks*
Aaron Henricks
FL Bar No. 1032369
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20005
(202) 794-0057
aaron.henricks@usdoj.gov