AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-00450 |
| BOBBY SHUMAKE JAPHIA, aka "Robert Samuel Shumake, Jr.," aka "Robert Japhia," aka "Shaman Bobby Shu" | ) Assigned to: Judge Moss, Randolph D. |
|  | ) Assign Date: 10/8/2024 |
|  | ) Description: INDICTMENT (B) |
|  | ) Related Case Nos: 24-cr-413 (RDM) and |
| Defendant | ) 24-cr-365 (RDM) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BOBBY SHUMAKE JAPHIA                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
15 U.S.C. §§ 78j(b) & 78ff; 17 C.F.R. § 240.10b5; 18 U.S.C. § 2
(Securities Fraud)

18 U.S.C. § 1512(c)(1)
(Obstruction)

Date:  10/08/2024

*Issuing officer's signature*

City and state:   Washington, DC

Hon. Zia M. Faruqui
*Printed name and title*

### Return

| This warrant was received on *(date)* 10/08/2024 , and the person was arrested on *(date)* 10/08/2024 |
| at *(city and state)* Southfield, MI |

Date:   10/08/2024

Quintero, Bruce
Digitally signed by Quintero, Bruce
Date: 2024.10.08 22:51:41 -04'00'
*Arresting officer's signature*

Bruce A. Quintero, Senior Special Agent
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.                                            Case No. 24-30435
                                           Originating No.  24CR00450

**BOBBY SHUMAKE JAPHIA,**

    Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **BOBBY SHUMAKE JAPHIA,** to answer to charges pending in another federal district, and states:

1. On **October 9, 2024,** defendant voluntarily appeared in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of Columbia based on an Indictment**.  Defendant is charged in that district with violations of **15 U.S.C. §78j(b) & 78ff, 17 C.F.R Section 240.10b5, 18 USC Section 2 and 1512(c)(1) – Securities Fraud and Obstruction.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN ISON
United States Attorney

*s/Darrin Crawford*
DARRIN CRAWFORD
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 9, 2024

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-30435 |
| BOBBY JAPHIA | ) | |
| | ) | |
| | ) | |

## ORDER REGARDING BRADY MATERIALS

Pursuant to the Due Process Protections Act, the court reminds the government of its obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment. The government is ordered to comply with *Brady* and its progeny.

The failure to do so in a timely manner may result in consequences, including dismissal of the indictment or information, exclusion of government evidence or witnesses, adverse jury instructions, dismissal of charges, contempt proceedings, sanctions by the Court, or any other remedy that is just under the circumstances.

IT IS SO ORDERED.

Date:  October 9, 2024                              s/David R. Grand
                                                    *Judicial Officer's Signature*


                                                    DAVID R. GRAND, U.S. MAGISTRATE JUDGE
                                                    *Printed name and title*

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

**BOBBY SHUMAKE JAPHIA,**

    Defendant.
_____/

**WAIVER OF RULE 5 AND 5.1 HEARINGS**
**(Excluding Probation Violation Cases)**

Case No. 24 5c435
Originating No. 24CR00450

FILED
OCT 09 2024
CLERK'S OFFICE
DETROIT

I, **BOBBY SHUMAKE JAPHIA**, understand that in the **District of Columbia** charges are pending alleging violations of **15 U.S.C. §78j(b) & 78ff, 17 C.F.R Section 240.10b5, 18 USC Section 2 and 1512(c)(1) – Securities Fraud and Obstruction and** that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of my right to:

1.  Retain counsel or request the assignment of counsel if I am unable to afford one.

2.  Request transfer of the proceedings to this district pursuant to Fed. R. 20, in order to plead guilty.

3.  Have an identity hearing to determine if I am the person named in the charge.

4.  Have a preliminary examination (unless and indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me; the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( )   identity hearing

( )   preliminary examination

(✓)   identity hearing and have been informed I have no right to a preliminary hearing

(✓)   identity hearing but request a preliminary hearing to be held in the district of prosecution

and therefore consent to the issuance of an order requiring my appearance in the prosecuting district where the charges is pending against me.

_____          _____
Defendant                                Counsel for Defendant

Date: 10 9 24                            Date: 10/09/2024

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 24-30435 |
| Bobby Japhia | ) |
| | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at *(if blank, to be notified)* :

  Theodore Levin U.S. Courthouse, Room 114, 231 West Lafayette Boulevard, Detroit, MI  48226
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

☐ (6) The defendant is placed in the custody of _____
(See separate Agreement to Assume Custody of the Defendant).

☑ (7) The defendant must:

☑ (a) report, as directed, to:
  ☑ Pretrial Services Agency.
  ☐ Probation Department.

☐ (b) continue or actively seek employment. Provide verification to the supervising officer, as requested.

☐ (c) continue or start an education program and provide monthly verification to the supervising officer.

☑ (d) not apply for or enter into any loan or other credit transaction without the previous written permission of the pretrial services office or supervising officer.

☑ (e) surrender any passport immediately and/or enhanced identification to the supervising officer as directed.  _within 48 hours_

☑ (f) not obtain a passport, enhanced identification or other international travel documents.

☑ (g) abide by the following restrictions on personal association, place of abode, or travel:

  ☐ Travel restricted to the Eastern District of Michigan;
  ☐ Travel restricted to the State of Michigan;
  ☑ Travel restricted to: _ED/MI and District of Columbia for court purposes only_
  ☑ Unless I have the previous consent of the pretrial services office, supervising officer or the court.

☑ (h) avoid all contact, directly or indirectly, with any person who is or may become a victim or witness in the investigation or prosecution, including but not limited to:
  ☐ list to be provided by U.S. Attorney;
  ☑ other persons: _co-defendants, unless in the presence of counsel_

☐ (i) obtain medical or mental health treatment as directed by the supervising officer.
  ☐ provide a co-payment for treatment costs as directed by the supervising officer.

☐ (j) for all probation and/or supervised release violations, all conditions in the Judgment Order under docket# _____ will remain in effect.

☐ (k) maintain residence at a residential reentry center as directed by the supervising officer.

☐ (l)  reside at the bond address, and any changes in residence must be pre- approved by the supervising officer.

☐ (m)  not possess a firearm, destructive device, or other dangerous weapons. Remove all firearms, destructive devices or other dangerous weapons from bond address and provide verification to the supervising officer within 48 hours of release.

☐ (n)  surrender any Concealed Pistol License (CPL) to the supervising officer within 48 hours of release.

☐ (o)  not use alcohol:
    ☐ at all.
    ☐ excessively.

☑ (p)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Provide documentation of any prescribed medications to the supervising officer and any new medications prescribed by a licensed medical practitioner throughout supervision. Refrain from the use of marijuana which is prohibited by federal law.

☑ (q)  submit to any testing required by the supervising officer to determine whether the defendant/person under supervision is using a prohibited substance. Testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant/offender must not obstruct or attempt to obstruct or tamper with the efficiency and accuracy of any prohibited substance screening or testing.

☑ (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

☐ (s)  participate in **one** of the following location restriction programs and comply with requirements as directed:

    ☐ (i) **Curfew.** You are restricted to your residence every day: from _____ to _____, or as directed by the pretrial services office or supervising officer; or

    ☐ (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations;

        ☐ **Essential Leave** may be granted to participant as deemed appropriate by the supervising officer.

        ☐ **Discretionary Leave** may be granted to participant as deemed appropriate by the supervising officer.

    ☐ (iii) **Home Incarceration**. You are restricted to 24-hour-a-day lock-down except for medical necessities and court appearances or other activities specifically approved by the court.

☐ (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

☐ (t) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

☐ You must pay all or part of the cost of the programs based upon your ability to pay as the pretrial services office or supervising officer determines:
☐ (i)   Location monitoring technology as directed by the pretrial services office or supervising officer;
☐ (ii)  Radio Frequency (RF) monitoring;
☐ (iii) Global Positioning Satellite (GPS) monitoring;
☐ (iv)  Voice Recognition monitoring;
☐ (v)   Remote Alcohol Monitoring;
☐ (vi)  SmartLINK;

☐ (u) report within 24 hours to the pretrial services office, every contact with law enforcement personnel, including arrests, questioning or traffic stops.

☐ (v) resolve all outstanding warrants as directed by the supervising officer.

☐ (w) comply with all Sex Offender Registration and Notification Act (SORNA) requirements.

☑ (x) Prohibited from soliciting investors or investments

(y) Prohibited from directly or indirectly participating in the purchase, sale, offering, or promotion of any securities, including but not limited to, paid or unpaid consulting or employment

(z) Prohibited from serving as an officer or director of a public company

(aa) All transfers of currency made by the defendant in the amount of $10,000 or greater must be approved by Pretrial Services, except transfers made to pay legal fees in connection with this case.

(bb) Prohibited from using a fake identity or alias other than defendant's legal name "Bobby Shumake Japhia," or "Bobby Japhia."

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*

## Directions to the United States Marshal

☑ The defendant is ORDERED released after processing.
☐ The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: October 9, 2024                    s/David R. Grand
                                         *Judicial Officer's Signature*

                                         David R. Grand, U.S. Magistrate Judge
                                         *Printed name and title*

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 24-30435 |
| BOBBY JAPHIA | ) |
| *Defendant* | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, BOBBY JAPHIA _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

☑ to appear for court proceedings;
☑ if convicted, to surrender to serve a sentence that the court may impose; or
☑ to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

☐ (1) This is a personal recognizance bond.
☑ (2) This is an unsecured bond of $ 10,000                                  .
☐ (3) This is a secured bond of $ _____, secured by:
    ☐ $ _____ in cash deposited with the court.
    ☐ (b) the agreement of the defendant and each surety to forfeit the following cash or other property
        *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

☐ (c) a bail bond with a solvent surety (attach a copy of the bail bond, or describe it and identify the surety):

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: October 9, 2024                                                                          _[signature]_
                                                                                               *Defendant's signature*

_____                      _____
*Surety/property owner – printed name*                *Surety/property owner – signature and date*

_____                      _____
*Surety/property owner – printed name*                *Surety/property owner – signature and date*

_____                      _____
*Surety/property owner – printed name*                *Surety/property owner – signature and date*

KINIKIA D. ESSIX, CLERK OF COURT

Date: October 9, 2024                                s/EDDREY BUTTS
                                                     *Signature of Clerk or Deputy Clerk*

Approved.

Date: October 9, 2024                                s/David R. Grand
                                                     *Judge's signature*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 24- 30435 |
| Plaintiff, | Original District No. 24CR00450 |
| v. | FILED OCT 09 2024 CLERK'S OFFICE DETROIT |
| **BOBBY SHUMAKE JAPHIA** | |
| Defendant. | |

**ORDER TRANSFERRING DEFENDANT TO ANSWER
TO CHARGES PENDING IN ANOTHER DISTRICT**

This matter coming before the Court on the Government's Petition for Removal, for the reasons stated on the record and pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, it is hereby ordered that **BOBBY SHUMAKE JAPHIA be transferred to the District of Columbia for further proceedings in the case of United States v. BOBBY SHUMAKE JAPHIA w**ho has been ordered released pursuant to the Bail Reform Act of 1984 (18 U.S.C. Section 3141 et seq.), shall appear at the following location at the following date/time**: at the United States District Court for the District of Columbia on** OCTOBER 17, 2024 @ 2:00 p.m.

If defendant fails to appear as directed, he will be subject to arrest, revocation of release, and detention, and he could be prosecuted and imprisoned for the crimes of

bond jumping or contempt of court. See 18 U.S.C. Sections 3146, 3148.

_____
HONORABLE David R. Gard
United State Magistrate Judge

Dated: 13/9/24

CLOSED

# U.S. District Court
# Eastern District of Michigan (Detroit)
# CRIMINAL DOCKET FOR CASE #: 2:24-mj-30435-DUTY All Defendants

Case title: United States of America v. Japhia

Date Filed: 10/09/2024

Other court case number: 24CR00450 District of Columbia

Date Terminated: 10/09/2024

Assigned to: Magistrate Judge Unassigned

**Defendant (1)**

| | |
|---|---|
| **Bobby Shumake Japhia**<br>*TERMINATED: 10/09/2024* | represented by **Federal Community Defender**<br>613 Abbott<br>5th Floor<br>Detroit, MI 48226<br>313-967-5555<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Sworn*<br><br>**Brandy Y. Robinson**<br>Federal Community Defender Eastern District of Michigan<br>613 Abbott Street<br>Suite 500<br>Detroit, MI 48226<br>313-967-5542<br>Fax: 313-962-0685<br>Email: brandy_robinson@fd.org<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment*<br>*Bar Status: Sworn* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| Complaints | Disposition |
|---|---|
| Rule 5(c)(3) from District of Columbia | |

**Plaintiff**

**United States of America**             represented by   **Darrin Crawford**
DOJ-EDMI-USAO
211 W. Fort St
Detroit, MI 48226
313-226-9549
Email: darrin.crawford@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: U.S. Attorney*
*Bar Status:*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/09/2024 | 1 | PETITION for Transfer under Rule 5(c)(3) by United States of America as to Bobby Shumake Japhia (1). (NAhm) (Entered: 10/09/2024) |
| 10/09/2024 | | Minute Entry for in-person proceedings before Magistrate Judge David R. Grand: Initial Appearance in Rule 5(c)(3) Proceedings as to Bobby Shumake Japhia held on 10/9/2024. Defendant has waived the Identity Hearing. Disposition: Defendant released on bond. Bond Information: 10,000 unsecured. (Court Reporter: Digitally Recorded) (Defendant Attorney: Brandi Robinson) (AUSA: Kyle Crawford) (EBut) (Entered: 10/09/2024) |
| 10/09/2024 | 2 | 🔊 Public Audio File of Initial Appearance in Rule 5(c)(3) Proceedings Part 1 of 2 as to Bobby Shumake Japhia held on 10/9/2024 before Magistrate Judge David R. Grand. AUDIO FILE SIZE (2.1 MB) (NAhm) (Entered: 10/09/2024) |
| 10/09/2024 | 3 | 🔊 Public Audio File of Initial Appearance in Rule 5(c)(3) Proceedings Part 2 of 2 as to Bobby Shumake Japhia held on 10/9/2024 before Magistrate Judge David R. Grand. AUDIO FILE SIZE (1.4 MB) (NAhm) (Entered: 10/09/2024) |
| 10/09/2024 | 4 | ORDER APPOINTING FEDERAL COMMUNITY DEFENDER as to Bobby Shumake Japhia. Signed by Magistrate Judge David R. Grand. (NAhm) (Entered: 10/10/2024) |
| 10/09/2024 | 5 | ORDER Regarding Brady Materials as to Bobby Shumake Japhia. Signed by Magistrate Judge David R. Grand. (NAhm) (Entered: 10/10/2024) |
| 10/09/2024 | 6 | WAIVER of Rule 5 Hearings by Bobby Shumake Japhia. (NAhm) (Entered: 10/10/2024) |
| 10/09/2024 | 7 | ORDER Setting Conditions of Release as to Bobby Shumake Japhia. Signed by Magistrate Judge David R. Grand. (NAhm) (Entered: 10/10/2024) |
| 10/09/2024 | 8 | BOND as to Bobby Shumake Japhia in the amount of $10,000 unsecured entered. (NAhm) (Entered: 10/10/2024) |
| 10/09/2024 | 9 | ORDER TRANSFERRING DEFENDANT to Answer Charges Pending in the District of Columbia as to Bobby Shumake Japhia. Signed by Magistrate Judge David R. Grand. |

| | | |
|---|---|---|
| | | (NAhm) (Entered: 10/10/2024) |
| 10/10/2024 | 10 | NOTICE OF ATTORNEY APPEARANCE: Brandy Y. Robinson appearing for Bobby Shumake Japhia (Robinson, Brandy) (Entered: 10/10/2024) |
| 10/11/2024 | | TEXT-ONLY NOTICE to District of Columbia of Transfer as to Bobby Shumake Japhia. Your case number is: 24cr450. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: Initial Appearance - Rule 5(c)(3), 4 Order Appointing Federal Community Defender, 7 Order Setting Conditions of Release, 9 Transferring Defendant to Answer Charges, 5 Order Regarding Brady Materials, 6 Waiver of Rule 5 Hearings (Formerly Rule 40), 8 Bond, 1 Rule 5(c)(3) Petition for Transfer Proceedings (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov. If you require a defendant's payment history, please send a request to financial@mied.uscourts.gov.) (LHos) (Entered: 10/11/2024) |