UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24-CR-450 (RDM) |
| v. | : | |
| | : | |
| BOBBY SHUMAKE JAPHIA | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

The United States of America, by and through its undersigned counsel, and Robert Feitel, counsel for defendant Bobby Japhia, hereby submit the following Joint Status Report:

1. On October 8, 2024, a grand jury in the District of Columbia returned an Indictment charging the defendant with one count of securities fraud in violation of 15 U.S.C. § 78j(b) and one count of obstruction in violation of 18 U.S.C. § 1512(c)(1) in connection with a scheme to defraud investors in Minerco, Inc.

2. The defendant's first appearance and arraignment occurred before Magistrate Judge Upadhyaya on October 17, 2024.

3. On October 25, 2024, the Court entered a Protective Order.

4. On October 28, 2024, the parties appeared before this Court for a status conference.

5. The government has produced voluminous discovery to defendant, including multiple email search warrant returns, financial records, search warrant affidavits, reports of interviews, a copy of the iPhone obtained from the defendant when he was arrested, and other materials. The government has produced these materials in a searchable, load-ready format, with a detailed index summarizing the produced materials.

6. Due to the volume of discovery, defense counsel requests additional time to review discovery.

7. The government is still in the process of providing discovery to the defendant. The primary outstanding material the government will be producing to the defendant consists of copies of three cell phones obtained from the defendant's alleged co-schemer, Julius Jenge, when Mr. Jenge was arrested. To avoid producing Mr. Jenge's potentially privileged material to the defendant, a filter team is in the process of identifying potentially privileged material on the phones in coordination with Mr. Jenge's attorney.

8. The parties request to submit a follow-up Joint Status Report on or before January 23, 2025.

9. The parties believe that it is in the interest of justice to toll the Speedy Trial Act while the government continues to provide discovery, defense counsel reviews discovery, and the parties discuss a potential pre-trial disposition of this matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) from December 4, 2024 through January 23, 2025.

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division

By:   /s/ Kyle Crawford
      Kyle Crawford (D.C. 888241455)
      Aaron Henricks (Florida 1032369)
      Trial Attorneys
      Fraud Section, Criminal Division
      United States Department of Justice

        1400 New York Ave. N.W.
        Washington, DC 20005
        202-794-4010
        202-794-0057
        kyle.crawford@usdoj.gov
        aaron.henricks@usdoj.gov

        *Attorneys for the United States*

        <u>*/s/ Robert Feitel*</u>
        Robert Feitel, Esquire
        Law Office of Robert Feitel
        1300 Pennsylvania Avenue, N.W. #190-515
        Washington, D.C. 20008
        D.C. Bar No. 366673
        202-450-6133 (office)
        202-255-6637 (cellular)
        RF@RFeitelLaw.com

        *Attorney for Bobby Japhia*