UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :   CRIMINAL NO. 24-CR-450 (RDM) |
| v. | : |
| | : |
| BOBBY SHUMAKE JAPHIA | : |
| | : |
| Defendant. | : |

## JOINT PROPOSED SCHEDULING ORDER

The United States of America, by and through its undersigned counsel, and counsel for defendant Bobby Japhia, hereby submit this joint proposed scheduling order:

Trial shall commence on **May 26, 2026** at 9:00 AM. The following deadlines shall govern pretrial proceedings:

1. The Defendant shall file any pretrial motions pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure on or before **October 20, 2025**. Any oppositions shall be filed on or before **November 3, 2025**; and any replies shall be filed on or before **November 10, 2025**.

2. The United States must disclose all expert witness information and materials required by Fed. R. Crim. P. 16(a)(1)(G) no later than **February 27, 2026**. The Defendant must disclose all expert witness information and material required by Fed. R. Crim. P. 16(b)(1)(C) no later than **March 13, 2026**. The United States must disclose rebuttal expert witness information and material required by Fed. R. Crim. P. 16(b)(1)(G) no later than **March 27, 2026**.

3. The United States shall notify Defendant of its intention to introduce any

1

Rule 404(b) evidence not already disclosed on or before **March 13, 2026**.

4. The Parties shall file any motions *in limine*, if any, on or before **April 3, 2026**. Any oppositions shall be filed on or before **April 17, 2026**; and replies shall be filed on or before **April 24, 2026**.

5. Before filing a pretrial motion or motion *in limine*, the Parties shall meet and confer to discuss whether any issues presented by the motion can be resolved by agreement of the parties.

6. On or before **May 1, 2026**, counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case</u>. The Parties shall include a neutral statement of the case for the Court to read to prospective jurors.

    b. <u>Proposed *voir dire* questions</u>. The Parties shall indicate the *voir dire* questions on which they agree; and the *voir dire* questions on which they disagree with specific objections and relevant legal authority noted below each disputed question.

    c. <u>Proposed jury instructions</u>. The Parties shall submit a list of proposed jury instructions, followed by a text of each proposed instruction, that indicates: (1) the instructions that the parties agree to; and (2) the instructions the parties disagree to; with specific objections noted below each disputed instruction, and the proposed instruction's source including supporting legal authority. Proposed instructions may be updated as needed to reflect the evidence presented at trial. Absent a showing of good cause, no other

        modifications will be permitted.

   d.    <u>List of witnesses</u>. The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief. Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

   e.    <u>Exhibit lists</u>. The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief. The Parties need not list any exhibit that might be used for purposes of impeachment. The Parties need not identify or exchange exhibits they intend to introduce pursuant to Fed. R. Evid. 1006 at this time. The Parties should not provide a copy of the exhibits to the Court but must exchange pre-marked exhibits. The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference. The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

   f.    <u>Proposed verdict form</u>. The Parties shall include a draft verdict form, including any special interrogatories. The draft verdict form should include a date and signature line for the jury foreperson.

7.    On or before **May 8, 2026**, the Parties shall exchange draft exhibits they intend to introduce pursuant to Fed. F. Evid. 1006.

8. Counsel shall appear on May 12, 2026 for a pretrial conference. at 10 am. RDM

SO ORDERED this 17th day of March, 2025.

_____
HON. RANDOLPH D. MOSS
UNITED STATES DISTRICT JUDGE