UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 24-CR-450 (RDM) |
| v. | : | |
| | : | |
| BOBBY SHUMAKE JAPHIA | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT**

   The United States of America, by and through its undersigned counsel, and Robert Feitel, counsel for defendant Bobby Japhia, hereby submit the following Joint Status Report pursuant to the Court's Order:

   1.  On October 8, 2024, a grand jury in the District of Columbia returned an Indictment charging the defendant with one count of securities fraud in violation of 15 U.S.C. § 78j(b) and one count of obstruction in violation of 18 U.S.C. § 1512(c)(1) in connection with a scheme to defraud investors in Minerco, Inc.

   2.  The defendant's first appearance and arraignment occurred before Magistrate Judge Upadhyaya on October 17, 2024.

   3.  On October 28, 2024, the parties appeared before this Court for a status conference. The Court excluded time under the Speedy Trial Act between October 28, 2024 and December 4, 2024.  On December 3, 2024, upon consideration of the parties' joint status report, the Court excluded time under the Speedy Trial Act until January 23, 2025 and ordered that the parties submit a joint status report on or before January 23, 2025.  On January 22, 2024, upon consideration of the parties' joint status report, the Court excluded time under the Speedy Trial

Act until February 26, 2025 and ordered that the parties submit a joint status report on or before February 26, 2025. On February 26, 2025, upon consideration of the parties' joint status report, the Court excluded time under the Speedy Tral Act between February 26, 2025 and March 18, 2025.

   4.  On March 17, 2025, the Court scheduled a jury trial in this case for May 26, 2026, and entered the parties' proposed scheduled order. The Court excluded time under the Speedy Trial Act between March 17, 2025 and May 26, 2026.

   5.  Pursuant to the Protective Order entered by the Court on October 25, 2024, the government has produced voluminous discovery to defendant, including multiple email search warrant returns, financial records, search warrant affidavits, reports of interviews, a copy of the iPhone obtained from the defendant when he was arrested, the contents of three cell phones obtained from the defendant's alleged co-schemer, Julius Jenge, and other materials. The government has produced these materials in a searchable, load-ready format, with a detailed index summarizing the produced materials. The government has also identified certain 'key' documents to the defense, to aid the defense in its review of discovery.

   6.  The parties have been unable to resolve this matter through a plea agreement. Accordingly, the parties are prepared to proceed to trial on the currently scheduled trial date.

              Respectfully submitted,

              LORINDA I. LARYEA
              Acting Chief, Fraud Section
              Criminal Division

       By:  */s/ Kyle Crawford*
             Kyle Crawford (D.C. 888241455)
             Trial Attorney

Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave. N.W.
Washington, DC 20005
202-794-4010
kyle.crawford@usdoj.gov

*Attorney for the United States*

<u>/s/ Robert Feitel</u>
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W. #190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-450-6133 (office)
202-255-6637 (cellular)
RF@RFeitelLaw.com

*Attorney for Bobby Japhia*