UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 24-CR-450 (RDM)** |
| v. | : | |
| | : | |
| **BOBBY SHUMAKE JAPHIA** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the Chief of the Fraud Section, Criminal Division, hereby informs the Court that Trial Attorney Andrew Jaco is entering his appearance in the above-captioned matter as counsel for the United States of America.

Respectfully submitted,

LORINDA I. LARYEA
Acting Chief, Fraud Section
Criminal Division

By: /s/ Andrew Jaco
Andrew Jaco
D.C. Bar No. 1029334
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice
1400 New York Ave. N.W.
Washington, D.C. 20005
(202) 740-0953
andrew.j.jaco@usdoj.gov