UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 24 Cr. 450 (RDM) |
| v. | : | |
| BOBBY JAPHIA | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO MODIFY**
**PRE-TRIAL BRIEFING**

    This Court's scheduling Order requires the parties to submit pre-trial motions by October 20, 2025, with Oppositions due on November 3, 2025 and Replies on November 10, 2025. The defense requests that the schedule be extended by ten days, with Motions due on October 30, 2025, Oppositions on November 13, 2025 and any Replies on November 24, 2025. Undersigned defense counsel has been very busy the last several months and is working diligently to complete pre-trial motions, but the additional time is necessary to effectively represent the defendant's interests.

    Undersigned communicated with Government counsel, which does not object to the request. The trial of this case is scheduled for May 26, 2026 and thus, the modification of the briefing schedule will not affect the trial of the case. All other deadlines would remain unchanged.

    A proposed Order for the Court's consideration is attached hereto.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.

#190-515  
Washington, D.C.  20008  
D.C. Bar No. 366673  
202-450-6133 (office)  
202-255-6637 (cellular)  
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to DOJ Trial Attorneys Aaron Henricks Kyle Crawford, and Andrew Jaco, Fraud Section 1400 New York Avenue, N.W. Washington DC. this 8th day of October, 2025.

*Robert Feitel*

_____

Robert Feitel