UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 24 Cr. 450 (RDM) |
| v. | : | |
| BOBBY JAPHIA | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the defendant's Unopposed Motion To Modify the briefing schedule in this case and the entire record herein, and it appearing that there is good cause to grant the motion, it is this _____ day of October, 2025,

ORDERED, that the motion is granted, and all pre-trial motions will be due on October 30, 2025, all Oppositions will be due on November 10, 2025 and any Reply pleadings shall be filed by November 24, 2025.

_____
RANDOLPH D. MOSS
United States District Judge