UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 24 Cr. 450 (RDM) |
| v. | : | |
| BOBBY JAPHIA | : | |
| Defendant. | : | |

**NOTICE TO COURT**

Undersigned counsel respectfully submits this Notice to advise the Court that defendant Bobby Japhia would like the Court to appoint new counsel to represent him in this case. The defendant advised that he would like new counsel to be appointed promptly to preserve the currently pending trial date of May 26, 2026.

Undersigned advised the Government of the defendant's position prior to submitting this Notice and Government counsel advised that they wanted the Court to inquire directly with the defendant before resolving this issue. The Government did not oppose allowing the defendant to appear remotely for any such hearing.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to DOJ Trial Attorneys Aaron Henricks Kyle Crawford, and Andrew Jaco, Fraud Section 1400 New York Avenue, N.W. Washington DC. this 17th day of December, 2025.

*Robert Feitel*

_____

Robert Feitel